AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

Keith Anthony Jones,
*Plaintiff*
v.

Kathy White *Medical Staff Supervisor*; Chuck Wright *Sheriff and Director*; Major Freeman *Overseer of Jail*; Sgt C Center *Transportation Staff, overseer the day of accused incident*; Officer A Pace *Employee of Transport Staff the day of accused incident*; Officer W Harris *Employee of Transport Staff the day of the accused incident*; Captain Hayes *Captain of Opperations Spartanburg County Detention Facility,*
*Defendants*.

)
)
)
)
)

Civil Action No.     1:18-cv-02156-TLW

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

■ The plaintiff, Keith Anthony Jones, shall take nothing of the defendants, Kathy White *Medical Staff Supervisor*, Chuck Wright *Sheriff and Director*, Major Freeman *Overseer of Jail*, Sgt C Center *Transportation Staff, overseer the day of accused incident*, Officer A Pace *Employee of Transport Staff the day of accused incident*, Officer W Harris *Employee of Transport Staff the day of the accused incident* and Captain Hayes *Captain of Opperations Spartanburg County Detention Facility,* and this action is dismissed without prejudice.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Terry L. Wooten, Senior United States District Judge, presiding, accepting the Report and Recommendation of the Honorable Shiva V. Hodges, United States Magistrate Judge, which recommended dismissing the action.

Date:   April 22, 2020                                    *ROBIN L. BLUME, CLERK OF COURT*

                                                                                    s/L. Baker

                                                                          *Signature of Clerk or Deputy Clerk*